173 A.3d 156

**CLUB HOUSE**

v.

**CUSHMAN**

**Pet. Docket No. 276, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (Nos. 389 & 890, Sept.Term, 2016).

Petition for writ of certiorari denied

173 A.3d 156

**COX, Samuel J.**

v.

**STATE of Maryland**

**Pet. Docket No. 302, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 126, Sept.Term, 2016).

Petition for writ of certiorari dismissed